# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2023-0162

_____

NORMANDY INSURANCE
COMPANY and ALEJANDRE'S
LAWN & TREE SERVICE, INC.,

    Appellants,

    v.

JESUS GOMEZ AVELLANDA,

    Appellee.

_____

On appeal from the Office of the Judges of Compensation Claims.
Michael J. Ring, Judge.

Date of Accident:  May 13, 2019.

May 2, 2024

PER CURIAM.

    AFFIRMED.

OSTERHAUS, C.J., and BILBREY and NORDBY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

William H. Rogner, Orlando, for Appellants.

Kenneth B. Schwartz of Winer Law Group, Fort Lauderdale, for Appellee.